IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02644-CMA-MJW

WEST COAST PRODUCTIONS, INC.,

Plaintiff(s),

v.

DOES 1-37,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Combined Motion for Plaintiff's Counsel to Appear by Telephone at Scheduling/Planning Conference and Motion for Extension of Time to Submit Joint Proposed Scheduling Order (Docket No. 13 and 14) is granted as follows. Plaintiff's counsel, Paul Lesko, Esq., may participate in the Status Conference on January 23, 2013, at 9:30 a.m. (Mountain Time) by telephone by calling chambers at (303) 844-2403 at the time set for the conference. In addition, inasmuch as the January 23, 2013, proceeding will be a Status Conference, rather than the originally-scheduled Scheduling/Planning Conference, a proposed Scheduling Order is not due prior to the January 23 conference.

Date: January 16, 2013