IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-02644-CMA-MJW

WEST COAST PRODUCTIONS, INC.,

    Plaintiff,

v.

DOES 1-37,

    Defendants.

## ORDER GRANTING DISMISSAL OF CERTAIN DOE DEFENDANTS

This matter is before the Court on the Plaintiff's "Dismissal of Does No. 2-34 and 36 Pursuant to Fed. R. Civ. P. 41(A)(1)(A)(i)" (Doc. # 31), which the Court interprets as a "Motion to Dismiss" certain defendants. Upon review of the motion, the case file, and pursuant to Fed. R. Civ. P. 41(A)(1)(a)(i), Plaintiff's motion is GRANTED. It is hereby

ORDERED that Defendant Does 2 through 34 and Doe 36 are DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Does 2 through 34 and Doe 36 as Defendants in this case.

    DATED: May __01__, 2013

                                                    BY THE COURT:

                                                  */s/ Christine M. Arguello*
                                                  _____
                                                  CHRISTINE M. ARGUELLO
                                                  United States District Judge